UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL JUAREZ,<br><br>Petitioner,<br><br>v.<br><br>EASTERN DISTRICT OF CALIFORNIA,<br><br>Respondent. | No.  1:22-cv-01619-ADA-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(ECF Nos. 1, 5) |

Petitioner Juan Manuel Juarez is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that the pending petition be dismissed because it fails to state a federal habeas claim.  (ECF No. 5.)  The findings and recommendations were served on Petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  On March 1, 2023, Petitioner filed objections that, to the extent discernable, restated the claims asserted in the petition, and additionally "raise[d] [his] miranda rights" as to the findings and recommendations.  (ECF No. 6.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the case.  Thus, having carefully reviewed the entire file, including Petitioner's objections, the Court holds the findings and recommendations to be supported by the record and proper analysis.

Having found that Petitioner is not entitled to habeas relief, the Court now turns to whether a certificate of appealability should issue.  A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253.  Where, as here, the court denies habeas relief on procedural grounds without reaching the underlying constitutional claims, the court should issue a certificate of appealability "if jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In the present case, the Court finds that reasonable jurists would not find the Court's determination that the petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further.  Therefore, the Court declines to issue a certificate of appealability.

Accordingly,

1. The findings and recommendations issued on February 9, 2023 (ECF No. 5), are adopted in full;
2. The petition for writ of habeas corpus (ECF No. 1) is dismissed;
3. The Court declines to issue a certificate of appealability; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   May 30, 2023

UNITED STATES DISTRICT JUDGE

2